No. 01–887.  WSOL ET AL. *v.* FIDUCIARY MANAGEMENT ASSOCI-
ATES, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–889.  CRAVEN *v.* UNIVERSITY OF COLORADO HOSPI-
TAL AUTHORITY.  C. A. 10th Cir.  Certiorari denied.

No. 01–900.  BUGENIG *v.* HOOPA VALLEY TRIBE ET AL.  C. A.
9th Cir.  Certiorari denied.

No. 01–909.  BALTIA AIR LINES, INC. *v.* CIBC OPPENHEIMER
CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–928.  COMMISSIONER OF INTERNAL REVENUE *v.* ES-
TATE OF BRANSON, DECEASED, ET AL.  C. A. 9th Cir.  Certiorari
denied.

No. 01–940.  VENTURA GROUP VENTURES, INC. *v.* VENTURA
PORT DISTRICT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–945.  T. S. *v.* INDEPENDENT SCHOOL DISTRICT NO. 54,
STROUD, OKLAHOMA.  C. A. 10th Cir.  Certiorari denied.

No. 01–949.  FRIENDS OF RICHARDS-GEBAUR AIRPORT *v.* FED-
ERAL AVIATION ADMINISTRATION ET AL.  C. A. 8th Cir.  Certio-
rari denied.

No. 01–961.  ELECTRIC MOTOR & SUPPLY, INC., ET AL. *v.* POTO-
MAC ELECTRIC POWER CO.  C. A. 4th Cir.  Certiorari denied.

No. 01–962.  TOKYO ELECTRON AMERICA, INC. *v.* TEGAL
CORP.; and
No. 01–993.  TEGAL CORP. *v.* TOKYO ELECTRON AMERICA, INC.
C. A. Fed. Cir.  Certiorari denied.

No. 01–964.  PENNZOIL CO. ET AL. *v.* OREGON DEPARTMENT OF
REVENUE.  Sup. Ct. Ore.  Certiorari denied.